UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA                           :
:     1:22-mj-09606-UA-1
:
-against-                                 :     **ORDER**
:
:
:
Trevor Gordon,                                     :
:
Defendant.                           :
-------------------------------------------------------------X

Valerie Figueredo, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following conditions of release:

(1) Do not possess firearm/destructive device or other weapons

(2) Surrender any personal firearms to local authorities and provide proof to Pretrial Services

Dated:  New York, New York
        December 7, 2022

_____
Valerie Figueredo
United States Magistrate Judge